COMMONWEALTH of Pennsylvania,
Respondent

v.

Brian James-Paul HINES, Petitioner

No. 863 MAL 2016

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Joe Lincen MESA, Petitioner

No. 21 MAL 2017

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is DENIED.

IN RE: ADOPTION OF
E.I.M., a Minor

Petition of: A.L.H., Mother

In re: Adoption of N.J.M., a Minor

Petition of: A.L.H., Mother

In re: Adoption of L.C.M., a Minor

Petition of: A.L.H., Mother

No. 287 MAL 2017
No. 288 MAL 2017
No. 289 MAL 2017

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is DENIED.